JEROME HILL *v.* COMMISSIONER OF CORRECTION

The petitioner Jerome Hill's petition for certification for appeal from the Appellate Court, 117 Conn. App. 867 (AC 29594), is denied.

*W. Theodore Koch III*, special public defender, in support of the petition.

*Adam E. Mattei*, special deputy assistant state's attorney, in opposition.

Decided January 19, 2010

FRANCIS D. *v.* COMMISSIONER OF CORRECTION

The petitioner Francis D.'s petition for certification for appeal from the Appellate Court, 118 Conn. App. 350 (AC 29271), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Mary Boehlert*, special public defender, in support of the petition.

*Adam E. Mattei*, special deputy assistant state's attorney, in opposition.

Decided January 19, 2010